IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANASSEH SIMMONDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. No. 12-CV-02109 |
| V. | § | |
| | § | |
| NATIONAL OILWELL VARCO, L.P. | § | |
| | § | |
| Defendant. | § | (JURY TRIAL DEMANDED) |

## ORDER ON PLAINTIFF'S OBJECTION TO DEFENDANT'S PROPOSED EXHIBIT ENTITLED "OTHER INFORMATION REGARDING PLAINTIFF"

Having considered Plaintiff Manasseh Simmonds' Objections to Defendant's Exhibit entitled "Other Information Regarding Plaintiff – Simmonds v. Iberville Operating Company," Defendant's response, arguments of counsel, if any, the Court orders that Plaintiff's objections are sustained or overruled:

Exhibit - "Other Information Regarding Plaintiff" – *Simmonds v. Iberville Operating Company*, No. 2:89-cv-03484-EBC in the District Court for the Eastern District of Louisiana.

SUSTAINED ✓        OVERRULED_____

Signed this 13th day of May 2014.

Vanessa D. Gilmore
United States District Judge