IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANASSEH R. SIMMONDS | § § § | |
| Plaintiff, | § § | |
| vs | § § § | Civil No. 4:12-CV-2109 |
| NATIONAL OIL WELL VARCO, L.P. | § § § | |
| Defendant. | § | |

JURY NOTE NO. 2

We the jury have reached a verdict

Date: 5/16/14

FOREPERSON